BEER, RESPONDENT, *v.* LIENEMAN ET AL., APPELLANTS.

(No. 1,375.)

(Submitted November 18, 1901.   Decided November 18, 1901.)

*Appeal—Rules of the Supreme Court—Briefs—Affirmance of Judgment.*

Where appellant's brief fails to comply with the requirements of Subdivision 3 of Rule X of the Supreme Court, the judgment appealed from will be affirmed.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

ACTION by Samson Beer against Louis Lieneman and Charles Schmidt. From a judgment in favor of the plaintiff and an order denying a new trial, the defendants appeal. Affirmed.

*Mr. James W. Forbis,* for Appellants.

*Messrs. McBride & McBride,* for Respondent.

MR. JUSTICE PIGOTT delivered the opinion of the court.

These are appeals from a final judgment and an order denying a new trial entered in the district court of Silver Bow county. The cause was submitted by the appellants on brief, examination of which discloses that it fails to comply with Subdivision 3 of Rule X of this court (22 Mont. xxxiv, 57 Pac. vii). It does not refer to the page numbers in the transcript; it does not contain any specification of error; nor does it even attempt to state from what either appeal was taken. Such being the condition of the brief, the judgment and order appealed from must be affirmed upon the authority of *Harrington v. Smith,* 25 Montana, 111, 63 Pacific Reporter, 1036.

The judgment and order appealed from are therefore affirmed.

*Affirmed.*